NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 7 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JULIAN ARI SHULMAN, on his own behalf and on behalf of all others similarly situated,<br><br>          Plaintiff-Appellant,<br><br>  v.<br><br>AMAZON.COM, INC.; et al.,<br><br>          Defendants-Appellees. | No. 15-35017<br><br>D.C. No. 2:13-cv-00247-RSM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
Ricardo S. Martinez, Chief Judge, Presiding

Submitted October 25, 2016[**]

Before:     LEAVY, GRABER, and CHRISTEN, Circuit Judges.

Julian Ari Shulman appeals from the district court's order denying his

motions for relief from final judgment in his action under the Family Medical

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).  Accordingly, Shulman's request for oral argument, set forth in his reply brief, is denied.

Leave Act.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse

of discretion.  *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255,

1262 (9th Cir. 1993).  We affirm.

The district court did not abuse its discretion in denying Shulman's motion

for relief from judgment because Shulman failed to demonstrate any grounds for

such relief based on his new evidence.  *See* Fed. R. Civ. P. 60(b)(2); *see also*

*Coastal Transfer Co. v. Toyota Motor Sales, U.S.A.*, 833 F.2d 208, 212 (9th Cir.

1987) (setting forth grounds for reconsideration under Rule 60(b)(2)).

We do not consider matters not specifically and distinctly raised and argued

in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

We lack jurisdiction to review Shulman's challenges to the district court's

order granting Amazon's motion to dismiss because Shulman failed to file a timely

notice of appeal or a timely post-judgment tolling motion after the district court

entered judgment on May 30, 2013.  *See* Fed. R. App. P. 4(a)(1)(A) (notice of

appeal must be filed within 30 days after entry of judgment);  *see also Whitaker v.*

*Garcetti*, 486 F.3d 572, 585 (9th Cir. 2007).

**AFFIRMED.**

2                                        15-35017